**RIEDEL ENVIRONMENTAL SERVICES, Respondent,**

v.

**Harold FLORA and John Boyce, Appellants.**

**No. 69230.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Jan. 28, 1997.

Gerald Michael Cunne, Clayton, for appellants.

Richard C. Witzel, St. Louis, for respondent.

Before CRAHAN, P.J., and GRIMM and HOFF, JJ.

*ORDER*

PER CURIAM.

Appellants, Harold Flora and John Boyce d/b/a F & B Petroleum Co., appeal from a judgment entered pursuant to a jury verdict in favor of Respondent, Riedel Environmental Services, Inc., in a breach of contract action. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An opinion would have no precedential value. We affirm the judgment pursuant to Rule 84.16(b).